IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VIRTU FINANCIAL, INC. and VIRTU
AMERICAS, LLC,

    Plaintiffs,

  v.

EVAN WRIGHT,

    Defendant.

)
)
)
)
)
) C.A. No. 21-675-CFC
)
)
)
)

## <u>MOTION AND ORDER FOR ADMISSION PRO HAC VICE</u>

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the

admission *pro hac vice* of William F. Dugan and Jacob M. Kaplan of Baker & McKenzie LLP

to represent Plaintiffs Virtu Financial, Inc. and Virtu Americas, LLC in this action.  Pursuant to

this Court's Standing Order effective September 1, 2016, the fees for the above-named attorneys

are being submitted concurrently with this motion to the Clerk's Office.

ASHBY & GEDDES

*/s/ Catherine A. Gaul*

_____

Catherine A. Gaul (#4310)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
cgaul@ashbygeddes.com
amayo@ashbygeddes.com

Dated:  May 12, 2021     *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VIRTU FINANCIAL, INC. and VIRTU
AMERICAS, LLC,

           Plaintiffs,

    v.

EVAN WRIGHT,

           Defendant.

)
)
)
)
)
)  C.A. No. 21-675-CFC
)
)
)
)

## **ORDER**

This _____ day of _____, 2021, the Court having considered the motion for the admission *pro hac vice* of William F. Dugan and Jacob M. Kaplan of Baker & McKenzie LLP to represent Plaintiffs Virtu Financial, Inc. and Virtu Americas, LLC in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
Colm F. Connolly
United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bars of the State of New York and the State of Illinois, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date:  May 12, 2021

*/s/ William F. Dugan*
William F. Dugan
BAKER & MCKENZIE LLP
300 East Randolph Street, Suite 5000
Chicago, IL 60601, USA
(312) 861 4208
William.Dugan@bakermckenzie.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date:  May 12, 2021

/s/ Jacob M. Kaplan

Jacob M. Kaplan
BAKER & MCKENZIE LLP
452 Fifth Avenue
New York, NY 10018
(212) 626-4100
Jacob.Kaplan@bakermckenzie.com