IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VIRTU FINANCIAL, INC. and VIRTU
AMERICAS, LLC,

               Plaintiffs,

      v.

EVAN WRIGHT,

               Defendant.

)
)
)
)
)
) C.A. No. 21-675-CFC
)
)
)
)
)

## JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

The parties to this action hereby respectfully move to extend Defendant's time to answer, move or otherwise respond to the Complaint in this action from July 12, 2021 to and including August 16, 2021.  The reason for this extension is to allow the parties time to attempt to resolve all issues between them.

*Of Counsel:*

William F. Dugan
BAKER & MCKENZIE LLP
300 East Randolph Street, Suite 5000
Chicago, IL 60601, USA
(312) 861 4208

Jacob M. Kaplan
BAKER & MCKENZIE LLP
452 Fifth Avenue
New York, NY 10018
(212) 626-4100


Dated:  June 21, 2021

ASHBY & GEDDES

*/s/ Catherine A. Gaul*

                          
Catherine A. Gaul (#4310)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
cgaul@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VIRTU FINANCIAL, INC. and VIRTU
AMERICAS, LLC,

     Plaintiffs,

  v.

EVAN WRIGHT,

     Defendant.

)
)
)
)
)
)  C.A. No. 21-675-CFC
)
)
)
)

## **ORDER**

This _____ day of June, 2021, the parties having filed a joint motion to extend Defendant's

time to respond to the Complaint, and the Court having considered the motion; now therefore,

IT IS HEREBY ORDERED that Defendant's time to answer, move or otherwise respond

to the Complaint in this action shall be extended from July 12, 2021 to and including August 16,

2021.


_____
Colm F. Connolly
United States District Judge