IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VIRTU FINANCIAL, INC. and VIRTU
AMERICAS, LLC,

    Plaintiffs,

  v.

EVAN WRIGHT,

    Defendant.

)
)
)
)
)
)   C.A. No. 21-675-CFC
)
)
)
)

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Virtu Financial, Inc.

and Virtu Americas, LLC, by and through their undersigned counsel, hereby dismiss all claims in

this action with prejudice and with each party to bear its own costs, expenses, and attorneys'

fees.  Defendant Evan Wright has neither answered nor filed a motion for summary judgment in

the above-captioned action; dismissal pursuant to Rule 41(a)(1)(A)(i) is therefore appropriate.

| | |
|---|---|
| *Of Counsel:* | ASHBY & GEDDES<br><br>*/s/ Catherine A. Gaul* |
| William F. Dugan<br>BAKER & MCKENZIE LLP<br>300 East Randolph Street, Suite 5000<br>Chicago, IL 60601, USA<br>(312) 861 4208 | _____<br>Catherine A. Gaul (#4310)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899 |
| Jacob M. Kaplan<br>BAKER & MCKENZIE LLP<br>452 Fifth Avenue<br>New York, NY 10018<br>(212) 626-4100 | (302) 654-1888<br>cgaul@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>*Attorneys for Plaintiffs* |

Dated:  August 5, 2021